**ROGER T. NUTTALL #42500**
**NUTTALL, COLEMAN & WILSON**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARK A. FRANTZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00228 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE HEARING** |
| MARK A. FRANTZ, | And |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Status Conference Hearing currently scheduled for March 7, 2011, at 1:30 p.m. be continued to **March 21, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

Counsel requests this continuance due to the fact that counsel for Defendant is unavailable on March 7, 2011 due to personal medical issues.

Counsel's staff has been in touch with Mr. Mark E. Cullers. Mr. Cullers of the United States Attorney's Office, who has no objection to such a continuance.

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A) in that the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: February 23, 2011.

                                    NUTTALL, COLEMAN & WILSON

                                    By:  /s/ Roger T. Nuttall
                                        ROGER T. NUTTALL
                                        Attorneys for Defendant
                                        MARK A. FRANTZ

DATED: February 23, 2011.

                                    By: /s/ Mark E. Cullers
                                        MARK E. CULLERS
                                        Assistant U.S. Attorney

**O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Status Conference Hearing currently scheduled on March 7, 2011, at 1:30 p.m. is continued to **March 21, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

**Dated:   February 25, 2011**        /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE

NUTTALL & COLEMAN
2333 MERCED STREET, SUITE 101
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900