1  **ROGER T. NUTTALL #42500**
   **NUTTALL COLEMAN &WILSON**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant
   MARK FRANTZ
6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  * * * * * * *

11 | UNITED STATES OF AMERICA,  | Case No.: 1:10 CR 00228 OWW

12 |        Plaintiff,

13 |     vs.                    | **STIPULATION TO CONTINUE THE TRIAL CONFIRMATION/STATUS CONFERENCE AND ORDER**

14 | MARK A. FRANTZ,

15 |        Defendant.

16

17

18

19  **IT IS HEREBY STIPULATED** by and between the parties hereto
20  that the trial confirmation/status conference currently set for
21  May 31, 2011, at 1:30 p.m. be continued to June 20, 2011, at 9:00
22  a.m. before the Honorable Oliver W. Wanger.  With reference to
23  the instant stipulation, it is important for the Court to know
24  that the parties hereto anticipate a settlement by way of plea
25  agreement in this case. Currently, the terms of the plea
26  agreement are being mutually discussed and refined.
27       Under normal conditions, the plea agreement could have
28  been accommodated by May 31, 2011.  Currently, however, counsel

has been engaged in a first degree murder trial in the Fresno County Superior Court, Department 50, since early May 2011. Said trial is scheduled to conclude on June 15, 2011, whereby as a result, counsel shall be unable to appear on behalf fo Mr. Frantz on May 31, 2011. Indeed, and while counsel has been able to discuss certain matters attendant to the plea agreement with Assistant U.S. Attorney, Mark Cullers, the final version of the plea agreement has not yet been able to be accomplished. In this regard, however, counsel is certain that a mutually acceptable plea agreement can be accomplished by June 20, 2011.

Under these particular and unique circumstances, as set forth hereinabove, it is respectfully suggested that good cause does exist for a continuance to June 20, 2011, at 9:00 a.m. Counsel has communicated with Mr. Cullers who has expressed no objection to the instant request.

Dated: May 25, 2011.

Respectfully submitted,
NUTTALL COLEMAN & WILSON

By /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant,
MARK FRANTZ

Dated: May 25, 2011.

By /s/ Mark Cullers
Assistant U.S. Attorney

2

1                                         \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2      Good cause appearing.

3      **IT IS SO ORDERED** that the trial confirmation/status conference hearing scheduled for May 31, 2011, at 1:30 p.m. be continued to **June 20, 2011, at 9:00 a.m.**

6      THE TRIAL WILL NOT BE CONTINUED.

11 IT IS SO ORDERED.

13 **Dated:   May 26, 2011**                      **/s/ Oliver W. Wanger**

14                                           UNITED STATES DISTRICT JUDGE

**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900